**Blanca G. RUSKIEWICZ,
Plaintiff–Appellant**

v.

**Secretary of Defense Robert
M. GATES, Defendant–
Appellee.**

No. 08–50807.

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 4, 2009.

James Ashley Endicott, Jr., Endicott Law Offices, Harker Heights, TX, for Plaintiff–Appellant.

R. Barry Robinson, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, Austin, TX, for Defendant–Appellee.

Before REAVLEY, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

. The judgment of the district court is affirmed for this reason: Although the plaintiff may have experienced some tension with other employees, and may even believe that people in the management held improper motives in their treatment of her, she presents no evidence that the general manager took an adverse employment action against her for an illegal reason.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

